# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of February, two thousand twenty-five,

Montgomery Blair Sibley,

   Plaintiff - Appellant,

 v.

Chauncey J. Watches, Kathleen Hochul, Letitia James, Erin M. Peradotto, John V. Centra, John M. Curran, Brian F. DeJoseph, Jenny Rivera, Michael J. Garcia, Anthony Cannataro, Madeline Singas, Shirley Troutman, Steven G. James, Acting as Superintendent of the State Police,

   Defendants - Appellees,

His Excelllency Andrew Mark Cuomo, solely in his official capacity as the Chief Administrative Officer of the State of New York, James L. Allard, solely in his official capacity as Sheriff of Steuben County, New York, Brooks Baker, solely in his official capacity as District Attorney of Steuben County, Keith M. Corlett, solely in his official capacity as Superintendent of the New York State Police, Janet DiFiore, Steven Nigrelli, Rowan D. Wilson,

   Defendants.

**ORDER**
Docket No. 24-855

  Appellant, representing himself, moves for 30 minutes of argument time, for oral argument to be held in western New York, and for a certification to the United States Supreme Court pursuant to Supreme Court Rule 19.

  Appellant's request for thirty minutes of argument time is DENIED. The Court has allotted each side 10 minutes for argument.

Appellant's request for argument to be held in person in western New York rather than New York City is DENIED. If traveling to New York City to participate in oral argument in person would be a significant burden on Appellant, he is invited to move for leave to participate in the argument by videoconference.

Appellant's request for a certification to the Supreme Court is DEFERRED pending oral argument.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court